UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-03841-JWH (PJWx) | Date | November 5, 2021 |
| Title | *Vivian Del Rosario v. Marriott International, Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |

| Irene Vazquez | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Nazo Leon Koulloukian | Gregory S. Glazer |
| | Alia Louisa Chaib |

**Proceedings:** **VIDEO HEARING RE: PLAINTIFF'S MOTION TO REMAND [ECF No. 28] & DEFENDANTS' MOTION TO DISMISS DEFENDANTS JOANNE JOFFE AND CALLI TIDWELL FROM FIRST AMENDED COMPLAINT [ECF No. 45]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. The motion to remand of Plaintiff Vivian Del Rosario [ECF No. 28] is **DENIED**.

2. The motion to dismiss defendants Joanne Joffe and Calli Tidwell from the First Amended Complaint of Defendants Courtyard Management Corporation, Marriott International, Inc., Calli Tidwell, and Joanne Joffe [ECF No. 45] is **GRANTED**. Specifically, the Court rules on the claims as follows:

    a. with respect to the fourth claim for relief against Defendant Joanne Joffe and Defendant Calli Tidwell, Defendants' motion is **GRANTED without leave to amend**;

Time: 00:34
Initials of Preparer: iv

    b. with respect to the eighth claim for relief against Defendant Joanne Joffe and Defendant Calli Tidwell, Defendants' motion is **GRANTED without leave to amend**.

    c. Defendants Joffe and Tidwell are hereby **DISMISSED** from this action.  The Clerk is hereby **DIRECTED** to update the docket.

  3. The parties are **DIRECTED** to meet and confer and to file a Joint Report, no later than November 19, 2021, providing the Court with their proposed updated case schedule.  If the parties cannot agree on a schedule, then the Joint Status Report shall provide the Court with (a) the parties' respective proposed schedules; (b) each party's justification therefor; and (c) each party's objections to the other party's proposed schedule.

  **IT IS SO ORDERED.**

Time: <u>00:34</u>
Initials of Preparer: iv